UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE ESTATE OF JOSHUA E. EBINGER, by Personal Representative Lisa Ebinger, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : CASE NO. 4:23-cv-00171-SEB-KMB |
| vs. | : <br> : |
| A.J. SMITH, et al. | : <br> : |
| Defendants. | |

## ORDER OF DISMISSAL

The parties, by their respective counsel, have filed a stipulation of dismissal of Plaintiff's claims against Joe Mann, in his individual and official capacities, and the Versailles Town Council. The Court now holds that Plaintiff's claims against Defendants Mann and Versailles Town Council are DISMISSED WITHOUT PREJUDICE. The pending motion to dismiss (DN 23) filed by Defendants Mann and the Versailles Town Council is hereby DENIED AS MOOT.

**SO ORDERED.**

Date:  3/28/2024

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF