UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

THE ESTATE OF JOSHUA E. EBINGER, )
)
Plaintiff, )
)
v. )     No. 4:23-cv-00171-SEB-KMB
)
A.J. SMITH, et al., )
)
Defendants. )

**JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the

Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall

take nothing by its complaint and this action is terminated.

Date:    4/18/2025                                   _____
                                                                  SARAH EVANS BARKER, JUDGE
                                                                  United States District Court
                                                                  Southern District of Indiana

1

Distribution:

Bethanni E. Forbush-Moss
Law Offices of Forbush-Moss PSC
attorney@kentuckianalaw.net

Douglas Alan Hoffman
Carson LLP
hoffman@carsonllp.com

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Stephen C. Keller
Barnes Maloney PLLC
skeller@sbmkylaw.com

Alexander Thomas Myers
Office of Indiana Attorney General
alexander.myers@atg.in.gov